## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,    ) | |
|             ) | |
|       Plaintiff,    ) | **ORDER** |
|             ) | |
| vs.          ) | |
|             ) | |
| Ahmed Khalid Muhammad-Johnson,    ) | Case No. 1:23-cr-102 |
|             ) | |
|       Defendant.    ) | |

On February 2, 2024, the court issued orders appointing attorney Jonathan Byers to represent Defendant in this matter. (Doc. No. 144).

On April 23, 2024, attorney Steven Scharg filed a motion to appear pro hac vice on behalf of Defendant. (Doc., No. 175). On April 24, 2024, the court issued an order granting the motion and attorney Scharg filed a notice of appearance on behalf of Defendant. (Doc. Nos. 176 and 177).

On April 25, 2024, attorney Todd Perkins filed a motion to appear pro hac vice on behalf of Defendant. (Doc. No. 178). That same day the court issued an order granting the motion. (Doc. No. 179).

As Defendant has retained attorneys Steven Scharg and Todd Perkins to represent him in this matter, the court, on its own motion, authorizes attorney Jonathan Byers to withdraw.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court